reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROBERT CASNER, Appellant, v. ROYAL INDEMNITY COMPANY, Respondent.— Order so far as appealed from reversed, without costs, and the motion remitted to the trial justice with the direction to make a record of the nature and content of the exhibit, taking proof for that purpose if in his judgment it be necessary. The oral testimony sufficiently discloses the basis for the respondent's contention that there were interlineations and erasures in the lost exhibit which subject its integrity to attack. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CARL BYOIR and Others, Appellants, v. JOSEPH SAMUELS and Another, Respondents, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALADDIN SECURITIES CORPORATION, Plaintiff, v. RYER OPERATING Co., INC., Defendant, Impleaded with CLEMENTE LISCIO and Another, Respondents, and JAS. H. MARTIN, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. (Affd., 251 N. Y. 547.)

TILLIE SPITZER, Appellant, v. MAX SPITZER, Respondent.— Order modified by providing that plaintiff have leave to renew the application if payments now voluntarily made should be withheld; and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MICHAEL J. MURPHY, Appellant, v. M-W. BRADERMANN Co., INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs, and defendant directed to comply with the subpœnas as to both witnesses named in the notice of examination. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAISON CLUNEY, INC., Appellant, v. BANKERS TRUST COMPANY, as Executor, etc., of EDGAR MILLS, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within fifteen days from service of the order herein with notice of entry thereof. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH LICHTENTHAL, Appellant, v. HARRY HERZOG, Respondent.— Order modified as indicated in order, and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SARAH D. FOGELSON, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Defendant, Impleaded with HYMAN FISH, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of the order herein with notice of entry thereof. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SARAH D. FOGELSON, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Defendant, Impleaded with HYMAN FISH, Respondent.—

Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SARAH D. FOGELSON, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Defendant, Impleaded with HYMAN FISH, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order herein with notice of entry thereof. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CONSOLIDATED SYRUP CORPORATION, Respondent, v. MEYER LITTMAN and Others, Defendants, Impleaded with DAVID ALTERMAN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Proskauer, J., dissents. No opinion.

ADAMO CICCARONE, Appellant, v. ANTHONY CELLA CORPORATION and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALEX BURKES and Another, Respondents, v. S. W. MAGNUS & Co., INC., Appellant.— Order so far as appealed from by defendant affirmed, with ten dollars costs and disbursements to plaintiff. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALEX BURKES and Another, Appellants, v. S. W. MAGNUS & Co., INC., Respondent.— Order so far as appealed from by plaintiffs modified by denying the motion to strike out items 3 and 9, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALEX BURKES and Another, Appellants, v. S. W. MAGNUS & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALEX BURKES and Another, Appellants, v. S. W. MAGNUS & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the. order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KALEEL A. TEEN, Respondent, v. JOSEPH A. MANDOUR, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MICHAEL J. MALONEY v. KNICKERBOCKER ICE COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARGARET KING v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of 40TH STREET & PARK AVENUE, INC., v. JAMES J. WALKER, etc., and Others, and AUSTEN G. Fox and Another.— Motion